PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

2004　　10　　3: 45

### FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Crim #: 3:01CR00191(JCH)

CHRISTOPHER CERRETA

Re: **Early Termination of Supervision**

On **September 13, 2002**, the above named was placed on **PROBATION** for a period of **three (3)** years by the Honorable Janet C. Hall, United States District Court, District of Connecticut. Mr. Cerreta has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Dennis G. Linder
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this _____ day of November, 2004.

The Honorable Janet C. Hall
United States District Court Judge